**Opinion issued April 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00952-CV

———————————

**HTLF BANK, N/K/A UMB BANK, N.A., Appellant**

**V.**

**BEAUMONT SNF, LLC AND THE OASIS AT GOLFCREST, LLC,
Appellees**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2024-21223**

---

## MEMORANDUM OPINION

The parties have filed a joint motion requesting that we set aside the trial court's judgment without regard to the merits and remand this cause to the trial court for the rendition of judgment in accordance with their settlement agreement.

We grant the parties' joint motion. We set aside the trial court's judgment without regard to the merits and remand this cause to the trial court for the rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B) (authorizing court of appeals to grant this relief upon motion).

The parties also jointly request that we immediately issue our mandate.

We grant the parties' joint request. We direct the Clerk of this Court to issue the mandate with this opinion and our judgment. *See* TEX. R. APP. P. 18.1(c) (authorizing court of appeals to issue mandate upon the parties' agreement).

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.